KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARTH HIRE (CASBN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00663 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER VACATING CURRENT |
| v. ) | MOTIONS HEARING AND |
| ) | RESCHEDULING MOTIONS HEARING |
| JAMES LAMAR MAGEE, ) | AND EXCLUDING TIME |
| ) | |
| Defendant. ) | OAKLAND VENUE |
| ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

     1.     On September 28, 2006, a federal grand jury indicted defendant for multiple counts of possession with intent to distribute controlled substances (cocaine base and methamphetamine) in violation of Title 21, United States Code, Section 841(a)(1) and one count of possession of a firearm in furtherance of a drug trafficking crime in violation of Title 21, United States Code, Section 924(c).

     2.     On November 14, 2006, the Court held a status conference at which time it established a briefing schedule for defendant's forthcoming motion to suppress evidence. Specifically, the Court required defendant to file his motion by December 22, 2006; that the

STIPULATION AND ORDER RESCHEDULING MOTIONS
HEARING AND EXCLUDING TIME

government file its opposition by January 16, 2007; that the defendant file his reply by January 23, 2007, and that a hearing on defendant's motion be held at 11:00 a.m. on February 13, 2007. For the reasons set forth below, the parties stipulate to continue the time for the filing of the opposition and reply, as well as the hearing on defendant's motion, for two weeks.

      3.     For the reasons set forth below, the parties stipulate to continue the time for the filing of the opposition and reply, as well as the hearing on defendant's motion, for two weeks. As described in greater detail below, the continuance is necessary because: (1) the parties are actively engaged in settlement discussions; (2) defendant's declaration was not filed until January 7, 2007; (3) one of the government's witnesses has been unavailable due to his night-shift schedule; and (4) government counsel will be out of the district and out of the country from February 12 through February 22, 2007.

        a.     The parties are actively engaged in settlement discussions and are hopeful they will be able to resolve this case in the next one to two weeks without further briefing and without a hearing that would unnecessarily consume the Court's time and resources. Specifically, counsel for the defendant and the government have had several discussions about whether defendant is responsible for the entire amount of narcotics seized from his home on June 16, 2006. Defendant's counsel has met with defendant to discuss this issue and the parties are in the process of negotiating a plea agreement.

        b.     On December 22, 2006, defendant electronically filed a motion to suppress evidence. Included with that motion was the declaration of Martha Boersch and a variety of exhibits. As Ms. Boersch later explained in a supplemental declaration filed on January 9, 2007, the declaration of defendant Magee, upon which defendant's motion to suppress is based in part, was inadvertently omitted from defendant's December 22 filing. Ms. Boersch included defendant's declaration with her supplemental declaration and faxed both declarations to the government on January 8, 2007. The declaration is material to the government's preparation of its opposition because in it defendant makes numerous statements which conflict with the accounts of three Contra Costa County Sheriff's deputies as contained in their respective reports.

STIPULATION AND ORDER RESCHEDULING MOTIONS
HEARING AND EXCLUDING TIME     2

c. Contra Costa County Sheriff's Deputy David Hall (whose contact with defendant resulted in the seizure of cocaine base and methamphetamine from defendant's person) was not available to meet with the government from January 8 (when it received defendant's declaration) until January 15 (the day before the government's opposition must be filed) because he has been assigned to the night-shift (9 p.m. to 6:30 a.m.) at the Martinez Detention Facility and thus works at night and sleeps during the day. Accordingly, the government has been unable to meet with him until that time and has not been able to draft its opposition and Deputy Hall's declaration until the day before the government's opposition is currently due.

d. The hearing on defendant's motion is currently set for February 13, 2007. Subsequent to the scheduling of that hearing, government counsel, Assistant United States Attorney Garth Hire, was assigned to the position of Chief of the Organized Crime Drug Enforcement Task Force (OCDETF) Section of the United States Attorney's Office for the Northern District of California. As part of his duties in that new position AUSA Hire is required to travel to other U.S. Attorney's Offices in the region to consult with other OCDETF attorneys and agents. One of those trips (to Hawaii, Guam, and the Northern Mariana Islands) was previously scheduled from February 12 through February 22, 2007. This trip involves the coordination of the schedules of many AUSA's and federal agents in multiple federal judicial districts and cannot be rescheduled. Accordingly, AUSA Hire cannot attend the hearing on defendant's motion until February 27, 2007.

4. Thus, in order (1) to permit the parties additional time to resolve the case without the unnecessary expenditure of further judicial or government resources; (2) to allow the government sufficient time to review defendant's declaration, consult with Deputy Hall, and file its opposition to defendant's motion to suppress; and (3) to reschedule the hearing for a date when government counsel is available, the parties hereby stipulate and respectfully request that the Court order as follows:

a. The current filing dates for the government's opposition and defendant's reply, as well as the hearing on defendant's motion scheduled for February 13, 2007, be vacated.

STIPULATION AND ORDER RESCHEDULING MOTIONS
HEARING AND EXCLUDING TIME      3

      b.     The government shall file its opposition to defendant's motion to suppress no later than January 30, 2007.

      c.     The defendant shall file any reply to the government's opposition no later than February 6, 2007.

      d.     The hearing on defendant's motion to suppress be scheduled for 11:00 a.m. on February 27, 2007.

      e.     The time period from December 22, 2006, to February 27, 2007, shall be deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) because that period of delay results from the filing of a pre-trial motion and encompasses the period of time from the filing of that motion through the conclusion of the hearing on, or other prompt disposition of, such motion.

IT IS SO STIPULATED.

DATE: January 16, 2007                              Respectfully submitted,

                                                                   KEVIN V. RYAN
                                                                   United States Attorney

                                                                   /s/[1]
                                                                  GARTH HIRE
                                                                   Assistant United States Attorney

                                                                   Attorneys for Plaintiff
                                                                   UNITED STATES OF AMERICA

  /s/
MARTHA BOERSCH, ESQ.

Counsel for James Magee

///

///

///

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND ORDER RESCHEDULING MOTIONS
HEARING AND EXCLUDING TIME          4

|||
|---|---|
|1| **[PROPOSED] ORDER** |

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled February 13, 2007, motions hearing is vacated. A hearing on defendant's motion is now scheduled for 11:00 a.m. on February 27, 2007, in Courtroom 3 of the United States Courthouse in Oakland, California, before the Honorable Saundra Brown Armstrong, United States District Judge.

2. The government shall file its opposition to defendant's motion to suppress no later than January 30, 2007.

3. The defendant shall file any reply to the government's opposition no later than February 6, 2007.

4. The time period from December 22, 2006, to February 27, 2007, shall be deemed excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F) because that period of delay results from the filing of a pre-trial motion and encompasses the period of time from the filing of that motion through the conclusion of the hearing on, or other prompt disposition of, such motion.

DATED: 1/18/07

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING MOTIONS
HEARING AND EXCLUDING TIME

5