1  Martha Boersch (State Bar No. 126569)
   martha@boerschlaw.com
2  MARTHA BOERSCH, ATTORNEY AT LAW
   235 Montgomery Street, Suite 1070
3  San Francisco, CA 94104
   Telephone: (415) 217-3700
4
   Attorney for Defendant
5  JAMES LAMAR MAGEE

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          Case No. CR 06-00663 SBA

12             Plaintiff,              **STIPULATION AND [PROPOSED]
                                       ORDER CONTINUING REVOCATION OF
13        v.                           SUPERVISED RELEASE HEARING**

14  JAMES LAMAR MAGEE

15             Defendant.

16

17        The above-captioned matter is currently set for a revocation of supervised release hearing

18  before the Honorable Saundra Brown Armstrong on July 5, 2013 at 9:00 am.  The parties

19  stipulate and request a continuance for the revocation of supervised release hearing until July 23,

20  2013 at 9:00 a.m., or as soon thereafter as the Court is available.

21  DATED:  July 2, 2013

22

23                                     _/s/ Martha Boersch_____
                                       MARTHA BOERSCH
24                                     Attorney for Defendant James Magee

25  DATED:  July 2, 2013

26

27                                     _/s/ Andy Huang_____
                                       ANDY HUANG
28                                     Assistant United States Attorney

1 | Based on the record herein and the stipulation of the parties,

2 |      IT IS SO ORDERED that the July 5, 2013 hearing is VACATED, and RESET

3 | to August 6, 2013 at 9:00 a.m.

4 | DATED:     July 3, 2013         _____

5 | HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO. CR 06-00663 SBA