BOERSCH SHAPIRO LLP
Martha Boersch (State Bar No. 126569)
mboersch@boerschshapiro.com
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 500-6640

Attorney for Defendant
JAMES LAMAR MAGEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 06-00663 SBA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REQUESTING HEARING** |
| v. | |
| JAMES LAMAR MAGEE | |
| Defendant. | |

The above-captioned matter is currently set for a revocation of supervised release hearing before the Honorable Saundra Brown Armstrong on September 20, 2013 at 3:00 pm.  The parties have reached a disposition resolution that allows for Mr. Magee's release well before the September hearing.  The parties therefore respectfully request a hearing on July 30, 2013 at 9:30 before this Court so that the Court may review defendant's detention pending the September 20, 2013 supervised release hearing before the Honorable Saundra Brown Armstrong.  Mr. Magee's Probation Officer, Sonia Lapizco, agrees with this request and will be present at the hearing.

DATED: July 24, 2013

_/s/ Martha Boersch_____
MARTHA BOERSCH
Attorney for Defendant James Magee

DATED: July 24, 2013

_/s/ Michelle Kane_____
MICHELLE KANE
Assistant United States Attorney

Based on the record herein and the stipulation of the parties,

IT IS SO ORDERED that the parties may appear for a hearing on July 30, 2013 at 9:30 am to review Mr. Magee's detention pending the September 20, 2013 supervised released hearing before the Honorable Saundra Brown Armstrong.

DATED:     July 25, 2013                    _____Kandis Westmore_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge