BOERSCH SHAPIRO LLP
Martha Boersch (State Bar No. 126569)
mboersch@boerschshapiro.com
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 500-6640

Attorney for Defendant
JAMES LAMAR MAGEE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-00663 SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF RELEASE CONDITIONS** |
| v. | |
| JAMES LAMAR MAGEE | |
| Defendant. | |

On August 7, 2013, the Magistrate Judge Donna M. Ryu ordered Defendant James Magee released from federal custody in the above-captioned matter. Dkt. No. 50. The Court further ordered that Mr. Magee report immediately to a halfway house as directed by Probation. Dkt. No. 50. Mr. Magee duly reported to the halfway house, Cornell Corrections, 205 MacArthur Blvd., Oakland CA 94610, upon his release on August 7, 2013. The parties agree that Mr. Magee's conditions of release should require Mr. Magee to reside in the halfway house for a period not to exceed three months, and at least until his supervised release hearing before the Honorable Saundra Brown Armstrong, scheduled for September 19, 2013 at 3:00 pm. Mr. Magee's Probation Officer, Sonia Lapizco, agrees with this request.

DATED: August 21, 2013

        _/s/ Martha Boersch_____
        MARTHA BOERSCH
        Attorney for Defendant James Magee

DATED: August 20, 2013

        _/s/ Michelle Kane_____
        MICHELLE KANE
        Assistant United States Attorney

Based on the record herein and the stipulation of the parties,

IT IS SO ORDERED that Mr. Magee's conditions of release shall be modified as follows: Mr. Magee shall reside in the halfway house for a period not to exceed three months and at least until the supervised release hearing before the Honorable Saundra Brown Armstrong, scheduled for September 19, 2013 at 3:00 pm.

DATED: August 21, 2013       _____
        SAUNDRA BROWN ARMSTRONG
        United States District Court Judge